UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:10 CR 43-01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| ROLNATHAN L. BULLOCK, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh, regarding the change of plea hearing of Rolnathan L. Bullock, which was referred to the Magistrate Judge with the consent of the parties.

On January 27, 2010, the government filed a one count Indictment, charging Defendant, Rolnathan L. Bullock, with Felon in Possession of Firearm in violation of Title 18 United States Code, Section 922(g)(1).  Defendant Bullock was arraigned on February 11, 2010, and entered a plea of not guilty to count 1 before Magistrate Judge Benita Y. Pearson.  On March 24, 2010, Magistrate Judge Kenneth S. McHargh, received Defendant Bullock' plea of guilty to count 1 of the Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Rolnathan L. Bullock is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Bullock is adjudged guilty to Count 1 of the Indictment, in violation of Title 18 United States Code, Section 922(g)(1). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on June 23, 2010, at 10:00 a.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

                                           */s/SOLOMON OLIVER, JR.*
                                           UNITED STATES DISTRICT JUDGE

April 14, 2010